IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT T. STOOKSBURY, )
)
    Plaintiff, )
) No.: 3:09-CV-498
v. ) (VARLAN/GUYTON)
)
MICHAEL L. ROSS, )
LTR PROPERTIES, INC., )
RPL PROPERTIES, LLC, )
LC DEVELOPMENT COMPANY, LLC, )
MICHAEL L. ROSS doing business as )
RARITY REALTY doing business as )
RARITY POINTE REALTY, )
REBECCA ROSE ROSS JORDAN, )
RARITY COMMUNITIES, INC., )
TELLICO LAKE PROPERTIES, L.P., )
NICKAJACK SHORES HOLDINGS, LLC, )
RARITY INVESTMENT COMPANY, LLC, )
RARITY CORPORATION, )
RARITY MANAGEMENT COMPANY, )
LLC, )
RARITY PROPERTY MANAGEMENT, )
INC., )
RARITY RIDGE CLUB, INC., )
RARITY CLUB CORPORATION, )
BROADBERRY DEVELOPMENT )
COMPANY, LLC, )
HIAWASSEE PROPERTIES, LLC, )
RM COMPANY, LLC, )
LOM DEVELOPMENT COMPANY, LLC, )
VPI COMPANY, LLC, )
PATRICIA ROSS on behalf of the )
ESTATE OF DALE M. ROSS, and )
TELLICO COMMUNITIES, INC., )
)
    Defendants. )

# VERDICT FORM FOR PHASE 2

# February 29, 2012

We, the members of the jury, find unanimously and from all the evidence as follows:

1. What amount of punitive damages and losses, if any, should be awarded to plaintiff because of defendants' violations of state law, including breaches of fiduciary duties and fraud? Answer as to each defendant:

   a. MICHAEL L. ROSS: $ 3,500,000.00

   b. LTR PROPERTIES, INC,: $ 1,000,000.00

   c. RPL PROPERTIES, LLC: $ 1,000,000.00

   d. LC DEVELOPMENT COMPANY, LLC: $ 0.00

   e. MICHAEL L. ROSS doing business as RARITY REALTY doing business as RARITY POINTE REALTY: $ 1,000,000.00

   f. REBECCA ROSE ROSS JORDAN: $ 500,000.00

   g. RARITY COMMUNITIES, INC.: $ 500,000.00

   h. TELLICO LAKE PROPERTIES, L.P.: $ 500,000.00

   i. NICKAJACK SHORES HOLDINGS, LLC: $ 500,000.00

   j. RARITY INVESTMENT COMPANY, LLC: $ 500,000.00

   k. RARITY CORPORATION: $ 500,000.00

2

l.     RARITY MANAGEMENT COMPANY, LLC:

$ 3,500,000.00

m.     RARITY PROPERTY MANAGEMENT INC.:

$ 500,000.00

n.     RARITY RIDGE CLUB, INC.: $ 250,000.00

o.     RARITY CLUB CORPORATION: $ 500,000.00

p.     BROADBERRY DEVELOPMENT COMPANY, LLC:

$ 250,000.00

q.     HIAWASSEE PROPERTIES, LLC: $ 0.00

r.     RM COMPANY, LLC: $ 0.00

s.     LOM DEVELOPMENT COMPANY, LLC: $ 0.00

t.     VPI COMPANY, LLC: $ 0.00

u.     PATRICIA ROSS on behalf of the ESTATE

OF DALE M. ROSS: $ 0.00

v.     TELLICO COMMUNITIES, INC.: $ 500,000.00

_____
Signature of FOREPERSON

3-1-2012
Date

3

Case 3:09-cv-00498    Document 389    Filed 03/01/12    Page 3 of 3    PageID #: 4764