# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

ROBERT T. STOOKSBURY, JR.,

    Plaintiff,

v.

MICHAEL L. ROSS,
LTR PROPERTIES, INC.,
RPL PROPERTIES, LLC,
LC DEVELOPMENT COMPANY, LLC,
MICHAEL L. ROSS doing business as
RARITY REALTY doing business as
RARITY POINTE REALTY,
REBECCA ROSE ROSS JORDAN,
RARITY COMMUNITIES, INC.,
TELLICO LAKE PROPERTIES, L.P.,
NICKAJACK SHORES HOLDINGS, LLC,
RARITY INVESTMENT COMPANY, LLC,
RARITY CORPORATION,
RARITY MANAGEMENT COMPANY, LLC,
RARITY PROPERTY MANAGEMENT, INC.,
RARITY RIDGE CLUB, INC.,
RARITY CLUB CORPORATION,
BROADBERRY DEVELOPMENT COMPANY, LLC,
HIAWASSEE PROPERTIES LLC,
RM COMPANY, LLC,
LOM DEVELOPMENT COMPANY, LLC,
VPI COMPANY, LLC,
PATRICIA ROSS ON THE BEHALF OF ESTATE OF DALE M. ROSS, AND
TELLICO COMMUNITIES, INC.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 3:09-CV-498
(VARLAN/GUYTON)

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds that the plaintiff **ROBERT T. STOOKSBURY, JR.** shall recover compensatory damages in the amount of **$3,546,915.00 (three million, five hundred forty-six thousand, nine hundred fifteen dollars and 00/100)** from the defendants for violations of 18 U.S.C. §§ 1962(c) and 1962(d). IT IS FURTHER ORDERED the plaintiff **ROBERT T. STOOKSBURY, JR.** shall recover compensatory damages in the amount of **$11,300,000.00 (eleven million, three hundred thousand dollars and 00/100)** from the defendants for violations of state law, including breaches of fiduciary duties and fraud.

IT IS FURTHER ORDERED that the plaintiff **ROBERT T. STOOKSBURY, JR.** shall recover punitive damages and losses for violations of state law, including breaches of fiduciary duties and fraud, from defendants as following: **MICHAEL L. ROSS** in the amount of **$3,500,000.00 (three million, five hundred thousand dollars and 00/100)**, **LTR PROPERTIES, INC.** in the amount of **$1,000,000.00 (one million dollars and 00/100)**, **RPL PROPERTIES, LLC** in the amount of **$1,000,000.00 (one million dollars and 00/100)**, **LC DEVELOPMENT COMPANY, LLC** in the amount of **$0.00 (zero dollars and 00/100)**, **MICHAEL L. ROSS doing business as RARITY REALTY doing business as RARITY POINTE REALTY** in the amount of **$1,000,000.00 (one million dollars and 00/100)**, **REBECCA ROSE ROSS JORDAN** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **RARITY COMMUNITIES, INC.** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **TELLICO LAKE PROPERTIES, L.P.** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **NICKAJACK SHORES HOLDINGS, LLC** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **RARITY INVESTMENT COMPANY, LLC** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **RARITY CORPORATION** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **RARITY MANAGEMENT COMPANY, LLC** in the amount of **$3,500,000.00 (three million, five hundred thousand dollars and 00/100)**, **RARITY PROPERTY MANAGEMENT, INC.** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **RARITY RIDGE CLUB, INC.** in the amount of **$250,000.00 (two hundred fifty thousand dollars and 00/100), RARITY CLUB CORPORATION** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**, **BROADBERRY DEVELOPMENT COMPANY, LLC** in the amount of **$250,000.00 (two hundred fifty thousand dollars and 00/100), HIAWASSEE PROPERTIES LLC** in the amount of **$0.00 (zero dollars and 00/100)**, **RM COMPANY, LLC** in the amount of **$0.00 (zero dollars and 00/100)**, **LOM DEVELOPMENT COMPANY, LLC** in the amount of **$0.00 (zero dollars and 00/100)**, **VPI COMPANY, LLC** in the amount of **$0.00 (zero dollars and 00/100)**, **PATRICIA ROSS on behalf of the ESTATE OF DALE M. ROSS** in the amount of **$0.00 (zero dollars and 00/100)**, and **TELLICO COMMUNITIES, INC.** in the amount of **$500,000.00 (five hundred thousand dollars and 00/100)**.

| March 6, 2012 | Debra C. Poplin |
|---|---|
| Date | Clerk |
| | |
| | s/Julie Norwood |
| | (By) Deputy Clerk |