UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| MICHAEL L. ROSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on July 10, 2012 [Doc. 649]. In the R&R, Magistrate Judge Guyton recommended the following: that Plaintiff's Motion for Award of Attorneys' Fees and Costs Pursuant to 18 U.S.C. § 1964(c) [Doc. 399] be granted in part and denied in part; and that the Court enter an order awarding plaintiff $550,000.00, representing an award of reasonable fees and expenses pursuant to RICO, 18 U.S.C. § 1964(c). There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 649] and the Court's rulings are as follows:

(1) Plaintiff's Motion for Award of Attorneys' Fees and Costs Pursuant to 18 U.S.C. § 1964(c) [Doc. 399] is **GRANTED in part** and **DENIED in part**; and

(2) It is **ORDERED** that plaintiff be **AWARDED** total of **$550,000.00**, such amount presenting an award of reasonable fees and expenses pursuant to RICO, 18 U.S.C. § 1964(c).

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE