UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
|     Plaintiff, ) | |
| ) | No. 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| v. ) | |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
|     Defendants. ) | |

## ORDER AUTHORIZING SALE OF EXECUTED PROPERTY

The Court has granted the Plaintiff's Motion for Approval of Sale of Executed Property, by a Memorandum and Order entered September 25, 2012 [Doc. 757].

**IT IS, THEREFORE, ORDERED** that:

1. The United States Marshal shall conduct a public sale of the subject car as soon as the sale can reasonably be arranged;

2. The Plaintiff shall be permitted to make one or more credit bids at said public sale from the amount of his Judgment in this case against Tellico Lake Properties, L.P.;

3. The United States Marshal's office shall be permitted to recover its normal and customary costs for advertising, commission, deputy(s) fees, as well as any other expenditures incurred during its seizure, storage and sale of said property and any compliance with Tennessee Code Ann. § 55-4-119, as may be necessary to facilitate the purchaser obtaining title to the car;

4. All parties before the Court shall cooperate with the United States Marshal's office as is or may become necessary to conduct and complete the referenced public sale of the subject property and its subsequent conveyance to the prevailing bidder at the sale; and

5. If the Plaintiff is not the high bidder, the United States Marshal shall deposit the remaining proceeds of the sale into the registry of the Court within five business days of the auction.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge