UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR.,<br>    Plaintiff, | )<br>)<br>)  No. 3:09-CV-498<br>)  (VARLAN/GUYTON) |
| v. | )<br>) |
| MICHAEL L. ROSS, *et al.*,<br>    Defendants. | )<br>) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral order of the District Judge. Now before the Court is the Receiver's Motion for Clarification [Doc. 743], in which the Receiver, through counsel, requests that the Court provide further guidance and instructions to the Receiver and his counsel as it relates to the role and function of the Receiver.

The Court finds that the Motion for Clarification **[Doc. 743]** is well-taken, and it is **GRANTED**. The Court's clarification of the duties of the Receiver can be found in the Memorandum and Order [Doc. 766], entered contemporaneously to this Order. Specifically, the clarification can be found in the section of the Memorandum and Order entitled "The Role of the Receiver."

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge