UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
|     Plaintiff, ) | |
| ) | No. 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| v. ) | |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
|     Defendants. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order of the District Judge [Doc. 783] for disposition of the Motion to Approve Sale of Motor Vehicles [Doc. 782].

In the Motion to Approve Sale of Motor Vehicles [Doc. 782], the Receiver states that, in marshaling the assets of the Ross Defendants, the Receiver has identified the following vehicles: (a) 2002 Ford Ranger, VIN 1FTYR10D22TA07602, bearing Tennessee license plate number 77H/1076, owned by Tellico Lake Properties, L.P. and (b) 2004 Ford Explorer, VIN 1FMZU72K74UB63886, bearing Tennessee license plate number 362 WXZ, owned by Rarity Management Co., LLC. The Receiver states that he has inspected the vehicles, reviewed values listed within the Kelley Blue Book, and considered offers presented by private parties for the subject vehicles.

The Receiver recommends sale of the vehicles. He recommends the 2004 Ford Explorer with 133,129 miles be sold for the sum of $2,300.00 to Greg Baker and the 2002 Ford Ranger with 98,796 miles, which is presently inoperable be sold to Tony Brewer for the sum of $1,000.00. The Receiver states that completion of the aforementioned sales, the proceeds will be maintained within the receivership estate subject to the further Order of this Court.

The Receiver filed the Motion to Approve Sale of Motor Vehicles on November 8, 2012. The proposed sales and prices for these vehicles have been available to the parties since that date. No party has objected to the Receiver's recommendation, and the time for objecting has expired, see E.D. Tenn. L.R. 7.1. The Court may treat this failure to object as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2; see also Campbell v. McMinn County, 2012 WL 369090 (E.D. Tenn. 2012) (Curtis, C.J.) ("Plaintiff's failure to respond effectively waives any objections that he may have had on this matter.").

The Court finds that the transactions recommended by the Receiver are reasonable. Further, the Court finds that no party has objected to the Receiver's recommendation. Accordingly, the Court finds that the Motion to Approve Sale of Motor Vehicles **[Doc. 782]** is well-taken, and it is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge