UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
|     Plaintiff, ) | |
| ) | No. 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| v. ) | |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
|     Defendants. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral order of the District Judge. The Receiver has filed a Fifth Application of Receiver for Interim Compensation and Expense Reimbursement [Doc. 781].

The Receiver seeks an order: (1) approving interim compensation in the amount of $9,222.39 to the Receiver which includes direct expenses of $253.64; (2) approving the Receiver to remit payment directly to Tennessee Valley Title Insurance Company for their outstanding invoices for services rendered in the total amount of $1,850.00; and (3) authorizing the Receiver to use funds presently within the receivership to satisfy the above compensation and expenses as well as the outstanding uncompensated services previously approved by the Court in the amount of $14,775 [see Doc. 775 at 2]. The Receiver represents that currently the amount of money in the receivership account is $60,220.07. [Doc. 781 at 3].

The Receiver has submitted an Invoice of Services through October 31, 2012, detailing the time spent on various tasks in furtherance of the duties established by the Court. [Doc. 781-1]. He has also submitted an Invoice of Expenses through October 31, 2012, detailing the out-of-pocket expenses the Receiver has incurred in furtherance of these duties. [Doc. 781-2]. He

has also submitted invoices from Tennessee Valley Title Insurance Co. for title examinations performed. [Doc. 781-3].

The Receiver's Fifth Application was filed November 7, 2012, and his Invoices have been available for review to the parties. No party or interested person has objected to the compensation and expenses submitted. The time for doing so has expired. See, generally, E.D. Tenn. L.R. 7.1.

The Court finds that the compensation and expenses requested are reasonable. Further the Court finds that it is appropriate to pay the approved, but as of yet unpaid, compensation requested by the Receiver. Accordingly, the Fifth Application of Receiver for Interim Compensation and Expense Reimbursement is **APPROVED**. It is **ORDERED**:

1. The Receiver be compensated **$23,997.39**, representing presently due compensation and expenses of $9,222.39, and the previously approved but unpaid compensation of $14,775; and

2. The Receiver to remit payment directly to Tennessee Valley Title Insurance Company for their outstanding invoices for services rendered in the total amount of **$1,850.00**.

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge