UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR.,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL L. ROSS, *et al.*,<br>    Defendants. | )<br>)<br>)   No. 3:09-CV-498<br>)   (VARLAN/GUYTON)<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral order of the District Judge. Now before the Court is the Receiver's Request for Distribution and Partial Reimbursement of Attorneys' Fees [Doc. 819].

On October 2, 2012, the Court approved $120,665.50 in attorneys' fees expended in this matter by Woolf, McClane, Bright, Allen & Carpenter, PLLC ("Woolf, McClane"), the firm serving as counsel for the Receiver. [Doc. 761]. The $120,665.50 represented the fee for professional services rendered from the inception of the receivership on or about June 6, 2012, through August 31, 2012.

At the time that the Court approved the professional fees, the Receiver's account did not contain assets sufficient to remit payment for the professional fees that had been rendered and approved by the Court. On December 5, 2012, Robert T. Stooksbury, Jr. supplemented the assets within the Receivership by depositing $50,000.00 into the Receiver's account for purposes of defraying costs and expenses of the Receivership. [See Doc. 821]. As of December 11, 2012, the Receiver's account is holding assets within its account in the amount of $84,374.25 to

include the most recent deposit presented by Mr. Stooksbury.

The Receiver's account now contains funds sufficient to render a partial payment for professional services to Woolf McClane. Therefore, the Receiver moves the Court to grant allow partial reimbursement of the professional fees submitted by Woolf, McClane. The Court finds that the Request for Distribution **[Doc. 819]** is well-taken, and it is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge