UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
| Plaintiff, ) | |
| ) | No. 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| v. ) | |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral order of the District Judge. The Receiver has filed a Sixth Application to Pay Receiver's Fees and Approve Receiver's Attorneys' Fees and Costs [Doc. 802].

In the Sixth Application to Pay Receiver's Fees and Approve Receiver's Attorneys' Fees and Costs, the Receiver requests: (1) approval of professional fees and costs for services rendered by the law firm of Woolf, McClane, Bright, Allen, and Carpenter PLLC, from September 1, 2012 through November 30, 2012 in the amount of $92,280.25 for fees; (2) approval of $1,723.28 in expenses incurred by Woolf McClane; (3) reimbursement of third-party expenses to the law firm of Bunnell & Woulfe, invoice No. 354185, in the amount of $582.95; and (4) payment of the Receiver's hourly fees in the amount of $6,737.50 and expenses of $179.48, for a total award of $6,916.98.

The Receiver has provided the Court with detailed invoices and hourly billing entries evidencing the fees and expenses incurred. [See Docs. 802-1, 802-2, 804]. No party has filed an objection to the requests for compensation and reimbursement made in the Sixth Application to Pay Receiver's Fees and Approve Receiver's Attorneys' Fees and Costs, and the time for doing

so has expired.

Accordingly, the Sixth Application to Pay Receiver's Fees and Approve Receiver's Attorneys' Fees and Costs **[Doc. 802]** is **GRANTED** as follows:

1. The professional fees and costs for services rendered by the law firm of Woolf, McClane, Bright, Allen, and Carpenter PLLC, from September 1, 2012 through November 30, 2012 in the amount of **$92,280.25** are **APPROVED**. These approved fees constitute a first priority lien on any moneys deposited in the Receivership account, and Woolf McClane may seek compensation of this amount in the future as appropriate.

2. The expenses incurred by Woolf McClane in the amount of **$1,723.28** are **APPROVED**. Woolf McClane shall be **REIMBURSED $1,723.28** from the Receivership account at this time.

3. The third-party expenses to the law firm of Bunnell & Woulfe in the amount of **$582.95** are **APPROVED**, and Bunnell & Woulfe shall be **REIMBURSED $582.95** at this time.

4. The Receiver's fees in the amount of **$6,737.50** and his expenses of **$179.48** are **APPROVED**. The Receiver shall be **REIMBURSED** a total award of **$6,916.98**, representing both his time expended and expenses incurred between November 1 and November 28, 2012.

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge