UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| v. ) | |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The Receiver has filed a Thirteenth Application for Interim Compensation and Expense Reimbursement [Doc. 974].

The Receiver moves the Court to approve payment to the Receiver for the reasonable and necessary services he rendered between June 1, 2013 and June 30, 2013 in the amount of $8,445.93, representing $8,356.25 in fees and $89.68 in direct expenses. He also requests that the Court approve the disbursement of $487.59 to the law firm of Bunnell & Woulfe, P.A., for indirect expenses incurred and billed in Invoice No. 355211.

The Receiver represents that as of June 30, 2013, the Receivership account contained $111,093.80, [Doc. 974 at 3], and as of July 31, 2013, the Receivership account contained $103,005.29, [Doc. 995 at 3].

With the instant request, the Receiver has submitted an Invoice of Services rendered in June 2013, detailing the time spent on various tasks in furtherance of the duties established by the Court. [Doc. 974-1]. He has also submitted invoices for the same period, detailing the out-

of-pocket expenses the Receiver has incurred in furtherance of these duties. [Doc. 974-2]. He has also included a copy of Invoice No. 355211.

The Receiver's Thirteenth Application was filed July 11, 2013, and his request and its supporting invoices have been available for review to the parties. No party or interested person has objected to the compensation and expenses submitted. The time for doing so has expired. See, generally, E.D. Tenn. L.R. 7.1.

The Court finds that the compensation and expenses requested are reasonable, and they are **APPROVED**. The Receiver **SHALL DISBURSE** the **$8,445.93** requested in the Thirteenth Application to himself as compensation for services and reimbursement for expenses and **SHALL DISBURSE $487.59** to pay Invoice No. 355211 for services and expenses billed by Bunnell & Woulfe, P.A.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge