UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. ROSS, *et al.*, )<br>)<br>Defendants. ) | )<br>)<br>No. 3:09-CV-498<br>(VARLAN/GUYTON) |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The Receiver has filed a Fourteenth Application for Interim Compensation and Expense Reimbursement [Doc. 995].

The Receiver moves the Court to approve payment to the Receiver for the reasonable and necessary services he rendered between July 1, 2013 and July 31, 2013 in the amount of $3,559.75, representing $3,543.75 in fees and $16.00 in direct expenses. He also requests that the Court approve the disbursement of $378.00 to the accounting firm of Novinger, Ball & Zivi, P.C.

The Receiver represents that as of July 31, 2013, the Receivership account contained $103,005.29, [Doc. 995 at 3]. On August 20, 2013, the undersigned authorized the disbursement of approximately $9,000.00 from the Receivership account. [See Doc. 1003].

With the instant request, the Receiver has submitted an Invoice of Services rendered in July 2013, detailing the time spent on various tasks in furtherance of the duties established by the Court. [Doc. 995-1]. He has also submitted invoices for the same period, detailing the out-of-

pocket expenses the Receiver has incurred in furtherance of these duties. [Doc. 995-2]. He has also included a copy of Invoice No. 18416 from Novinger, Ball & Zivi, P.C.

The Receiver's Fourteenth Application was filed August 12, 2013, and his request and its supporting invoices have been available for review to the parties. No party or interested person has objected to the compensation and expenses submitted. The time for doing so has expired. See, generally, E.D. Tenn. L.R. 7.1.

The Court finds that the compensation and expenses requested are reasonable, and they are **APPROVED**. The Receiver **SHALL DISBURSE** the **$3,559.75** requested in the Fourteenth Application to himself as compensation for services and reimbursement for expenses and **SHALL DISBURSE $378.00** to pay Invoice No. 18416 for professional services rendered by Novinger, Ball & Zivi, P.C.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge