UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-CV-498 |
| v. ) | (VARLAN/GUYTON) |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Limited Intervening Petition [Doc. 1006], Motion for Limited Stay [Doc. 1007], and Motion for Expedited Ruling [Doc. 1008], filed by RPM Assets, LLC, and Mitchell E. Jones (the "Movants"). In these filings, the Movants request that the Court stay all legal proceedings against receivership assets until the summary proceeding issue is resolved and that the Court rule on the pending request for summary proceedings in an expedited manner. [See Doc. 1006, 1007, 1008].

On September 12, 2013, the Court entered a Memorandum Opinion and Order ruling upon the summary proceeding issue and directing that "all legal proceedings against receivership assets are stayed until the conclusion of Stooksbury II, unless otherwise ordered by the Court." [Doc. 1035 at 24].

The Court finds that this ruling rendered the filings before the Court moot, and accordingly, they **[Docs. 1006, 1007, and 1008]** are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

<u>    s/ H. Bruce Guyton    </u>
United States Magistrate Judge