UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| v. ) | |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The Receiver has filed a Sixteenth Application for Interim Compensation and Expense Reimbursement [Doc. 1064].

The Receiver moves the Court to approve payment to the Receiver for the reasonable and necessary services he rendered between September 1, 2013 and September 30, 2013 in the amount of $4,263.13, representing $4,200.00 in fees and $63.16 in direct expenses. He also requests that the Court approve the disbursement of $350.80 to Bunnell & Woulfe, P.A., for services rendered in relation to the West Palm Beach condominium.

The Receiver represents that as of September 30, 2013, the Receivership account contained $102,523.11, [Doc. 1064 at 3].

With the instant request, the Receiver has submitted an Invoice of Services rendered in September 2013, detailing the time spent on various tasks in furtherance of the duties established by the Court. [Doc. 1064-1]. He has also submitted invoices for the same period, detailing the out-of-pocket expenses the Receiver has incurred in furtherance of these duties. [Doc. 1064-2].

He has also included a copy of Invoice No. 355875 from Bunnell & Woulfe, P.A., [Doc. 1064-3].

The Receiver's Sixteenth Application was filed October 15, 2013, and his request and its supporting invoices have been available for review to the parties. No party or interested person or entity has objected to the compensation and expenses submitted. The time for doing so has expired. See, generally, E.D. Tenn. L.R. 7.1.

The Court finds that the compensation and expenses requested are reasonable, and they are **APPROVED**. The Receiver **SHALL DISBURSE** the **$4,263.16** requested in the Sixteenth Application to himself as compensation for services and reimbursement for expenses and **SHALL DISBURSE $350.80** to pay Invoice No. 355875 for professional services rendered by Bunnell & Woulfe, P.A.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge