UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | No. 3:09-CV-498 |
| ) | (VARLAN/GUYTON) |
| v.   ) | |
| ) | |
| MICHAEL L. ROSS, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The Receiver has filed a Seventeenth Application for Interim Compensation and Expense Reimbursement [Doc. 1087].

The Receiver moves the Court to approve payment to the Receiver for the reasonable and necessary services he rendered between October 1, 2013 and October 31, 2013 in the amount of $5,849.16, representing $5,775.00 in fees to compensate the Receiver and $74.16 in direct expenses.

The Receiver represents that as of October 31, 2013, the Receivership account contained $165,765.59, [Doc. 1087 at 2].

With the instant request, the Receiver has submitted an Invoice of Services rendered in October 2013, detailing the time spent on various tasks in furtherance of the duties established by the Court. [Doc. 1087-1]. He has also submitted invoices for the same period, detailing the out-of-pocket expenses the Receiver has incurred in furtherance of these duties. [Doc. 1087-2].

The Receiver's Seventeenth Application was filed November 7, 2013, and his request and its supporting invoices have been available for review to the parties. No party or interested person or entity has objected to the compensation and expenses submitted. The time for doing so has expired. See, generally, E.D. Tenn. L.R. 7.1; E.D. Tenn. L.R. 7.2.

The Court finds that the compensation and expenses requested are reasonable, and they are **APPROVED**. The Receiver **SHALL DISBURSE** the **$5,849.16** requested in the Seventeenth Application to himself as compensation for services and reimbursement for expenses.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge

2

Case 3:09-cv-00498-TAV-HBG   Document 1140   Filed 12/11/13   Page 2 of 2   PageID #: 13283