# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT T. STOOKSBURY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:09-CV-498 |
| v. | ) | (VARLAN/GUYTON) |
| | ) | |
| MICHAEL L. ROSS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is a Motion to Approve Listing Agreement Between the Receiver and Illustrated Properties Real Estate, Inc., [Doc. 1099].

The Court finds, first, that the proposed Exclusive Right of Sale Listing Agreement appears reasonable on its face and is consistent with the goals of the Receivership. Second, the Court finds that no party or interested person or entity has opposed the Motion to Approve Listing Agreement, and the time for doing so has expired, see E.D. Tenn. L.R. 7.1. The Court may treat this lack of opposition as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2.

Based upon the foregoing, the Motion to Approve Listing Agreement Between the Receiver and Illustrated Properties Real Estate, Inc., **[Doc. 1099]** is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge