UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:09-CV-498 |
| | ) (VARLAN/GUYTON) |
| v. | ) |
| | ) |
| MICHAEL L. ROSS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Receiver's Motion to Approve Sale of Statuary Items [Doc. 1150]. In the Motion to Approve, the Receiver moves the Court to: (1) approve the sale of statuaries owned by Defendant Michael L. Ross, which are part of the Receivership; and (2) appoint Furrow Auction Company as the sales representative and/or auctioneer for such sales.

The Court finds that no party or interested entity has responded in opposition to the Motion to Approve Sale, and the time for doing so has expired. See E.D. Tenn. L.R. 7.1; Fed. R. Civ. P. 6(d). The Court may treat this failure to respond as acquiescence to the relief sought pursuant to E.D. Tenn. L.R. 7.2, and the Court may grant the motion on this basis alone. The Court, however, has considered the proposed sale procedure, and the Court finds that it is reasonable.

Accordingly, the Court finds that the Motion to Approve Sale of Statuary Items **[Doc. 1150]** is well-taken, and it is **GRANTED**. The proposed sales of thirteen (13) statuary pieces are **APPROVED**, and Furrow Auction Company is **APPOINTED** as the sales representative and/or auctioneer for such sales.

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge