UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL L. ROSS, *et al.*, )<br>)<br>Defendants. ) | No. 3:09-CV-498<br>(VARLAN/GUYTON) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. The Receiver has filed an Nineteenth Application for Interim Compensation and Expense Reimbursement [Doc. 1165].

The Receiver moves the Court to approve payment to the Receiver for the reasonable and necessary services he rendered between December 1 and December 31, 2013, in the amount of $3,740.16, which represents $3,675.00 in fees and $65.16 in direct expenses. The Receiver represents that as of December 31, 2013, the Receiver was in possession of $214,052.07, which includes $47,302.74 maintained in a rental property account. [Doc. 1165 at 2].

With the instant request, the Receiver has submitted an Invoice of Services rendered in December 2013, detailing the time spent on various tasks in furtherance of the duties established by the Court. [Doc. 1165-1]. He has also submitted invoices for the same period, detailing the out-of-pocket expenses the Receiver incurred in furtherance of these duties. [Doc. 1165-2]. The Court has reviewed the invoices and finds that they are reasonable.

The Receiver's Nineteenth Application was filed January 8, 2014, and his request and the supporting invoices have been available for review to the parties. No party or interested person has objected to the compensation and expenses submitted. The time for doing so has expired. See, generally, E.D. Tenn. L.R. 7.1. The Court may treat this failure to respond as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2.

Accordingly, the Court finds that the Receiver's Nineteenth Application **[Doc. 1165]** is well-taken, and it is **GRANTED**. The Court finds the compensation and expenses requested by the Receiver are **REASONABLE**, and they are **APPROVED**. The Receiver **SHALL DISBURSE** the **$3,740.16** requested in the Nineteenth Application to himself as compensation for services and reimbursement for expenses for the period from December 1, 2013, through December 31, 2013.

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge