UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT T. STOOKSBURY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:09-CV-498 |
| | ) | (VARLAN/GUYTON) |
| v. | ) | |
| | ) | |
| MICHAEL L. ROSS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Receiver's Petition to Disburse Funds from Receivership Estate [Doc. 1162], in which the Receiver moves the Court to enter an Order authorizing the Receiver to disburse certain funds relating to dues assessed by various homeowners associations and which were previously maintained by Judgment Debtor Michael L. Ross.

The Petition to Disburse Funds was filed on January 8, 2014. The Court finds that no party or interested person or entity has responded in opposition to the Petition, and the time for doing so has expired. See E.D. Tenn. L.R. 7.1. The Court may treat this failure to respond as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2.

Moreover, the Court has reviewed the disbursement suggested by the Receiver, and the Court finds that it is reasonable.

Accordingly, the Court finds that the Petition to Disburse Funds from the Receivership Estate **[Doc. 1162]** is well-taken, and it is **GRANTED**. The Receiver **SHALL DISBURSE** the **$46,257.51** in funds described in the Petition, in a manner consistent with his suggested disbursement plan.

      **IT IS SO ORDERED**.

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge