UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT T. STOOKSBURY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  3:09-CV-498-TAV-HBG |
| | ) | |
| MICHAEL L. ROSS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the

"R&R") entered by United States Magistrate Judge H. Bruce Guyton on August 21, 2014

[Doc. 1376].  In the R&R, Magistrate Judge Guyton recommends that the receiver's

Twenty-Third Application for Interim Compensation and Expense Reimbursement and

Twenty-Fourth Application for Interim Compensation and Expense Reimbursement be

granted.  There have been no timely objections to the R&R, and enough time has passed

since the filing of the R&R to treat any objections as having been waived.  *See* 28 U.S.C.

§ 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate

Judge Guyton's recommendations, which the Court adopts and incorporates into its

ruling.  Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 1376], and

hereby **GRANTS** the motions [Docs. 1295, 1310].  The receiver is permitted to disburse

the $6,514.82 requested as compensation for services and reimbursement for expenses in

April and May 2014.

       IT IS SO ORDERED.


                    s/ Thomas A. Varlan
                    CHIEF UNITED STATES DISTRICT JUDGE