UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT T. STOOKSBURY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:09-CV-498-TAV-HBG |
| | ) | |
| MICHAEL L. ROSS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on January 7, 2015 [Doc. 1441]. In the R&R, Magistrate Judge Guyton recommends that the receiver's Twenty-Sixth Application for Interim Compensation [Doc. 1366], Twenty-Seventh Application for Interim Compensation [Doc. 1393], Twenty-Eighth Application for Interim Compensation [Doc. 1410], and Thirtieth Application for Interim Compensation [Doc. 1430] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 1441], and hereby **GRANTS** the motions [Docs. 1366, 1393, 1410, 1430]. The receiver is permitted

to disburse the $19,361.68 requested as compensation for services and reimbursement for expenses in July, August, September, and November 2014.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE