UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT T. STOOKSBURY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:09-CV-498-TAV-HBG |
| ) | |
| MICHAEL L. ROSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on February 27, 2015 [Doc. 1493]. In the R&R, Magistrate Judge Guyton recommends that the receiver's Thirty-Second Application of Receiver for Interim Compensation and Expense Reimbursement [Doc. 1465] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 1493], and hereby **GRANTS** the motion [Doc. 1465]. The receiver is permitted to disburse the

$14,328.32 requested as compensation for services and reimbursement for expenses for the period from January 1, 2015, to January 31, 2015, and the $186.30 requested for the services of the law firm Bunnell & Wolfe pursuant to Invoice 357526.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2