UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT T. STOOKSBURY, JR.,     )
)
     Plaintiff,     )
)
v.     )     No.: 3:09-CV-498-TAV-HBG
)
MICHAEL L. ROSS, *et al.*,     )
)
     Defendants.     )

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on February 27, 2015 [Doc. 1494]. In the R&R, Magistrate Judge Guyton recommends that the receiver's Motion to Approve Attorneys' Fees and Costs [Doc. 1458] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 1494], and hereby **GRANTS** the motion [Doc. 1458]. The $135,417.50 in professional fees and

$569.00 in expenses incurred by Woolf, McClane, Bright, Allen & Carpenter, PLLC between December 1, 2013, and February 28, 2014, are approved.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE