# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

ROBERT T. STOOKSBURY, JR.,    )
           )
      Plaintiff,    )
           )
v.           )     No.:  3:09-CV-498-TAV-HBG
           )
MICHAEL L. ROSS, *et al.*,    )
           )
      Defendants.    )

## <u>ORDER</u>

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on July 6, 2015 [Doc. 1581]. In the R&R, Magistrate Judge Guyton recommends that the receiver's Ninth Quarterly Report and Thirty-Sixth Interim Application to Pay Receiver's Fees and Approve Receiver's Attorneys' Fees and Costs [Doc. 1555] be granted. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 1581], and hereby **GRANTS** the motion [Doc. 1555]. The receiver is permitted to disburse the

$9,827.00 requested as compensation for services and reimbursement for expenses for May 2015 and the $278,467.50 in professional fees and $9,084.54 in expenses incurred by Woolf, McClane, Bright, Allen & Carpenter, PLLC.

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE